

# United States District Court

Western District of Pennsylvania
Room 916, U.S. Post Office & Courthouse
Seventh Avenue & Grant Street
Pittsburgh, Pennsylvania 15219

**Arthur J. Schwab**
U.S. District Judge

Telephone
(412) 208-7423
Fax
(412) 208-7417

August 25, 2004

The Honorable Mary M. Lisi
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Dear Judge Lisi:

The following is my response to your letter of July 30, 2004. I have enclosed three additional copies thereof per your request.

First, as to my position relating to "Deed of Trust No. 1," I am <u>not</u> the "Trustee," and thus others have "the legal authority to control the purchase, sale, or other disposition of the assets of the Trust." Certain individuals are " ▇▇▇▇ Trustees"; a corporate entity is the "Distribution Trustee"; and the "Grantors" are still alive. I do not know the "identi[ty] [of] the life insurance policy [nor] the appropriate value codes." If you wish for me to find out that information, I will seek to obtain it.

As the "Trust Protector," I have taken no action and received no compensation and someone else assumed that position in 2004. The limited powers of the "Trust Protector" are as follows:

"<u>Appointment and Powers of Trust Protector</u>. At any time during the administration of any trust created under this instrument, the Trust Protector may (i) require the resignation of any Trustee of any trust hereunder by written notice to such Trustee, in case there is no person

who holds the power to require such resignation under Section 5.15A preceding, (ii) appoint a successor Trustee in case there would otherwise be a vacancy in the office of Trustee of any separate trust hereunder, other than a ▓▓▓▓ Trustee, because no other person authorized under preceding provisions of this instrument (including, without limitation, Section 5.15 A. preceding) to appoint a successor Trustee has done so or (iii) appoint a successor ▓▓▓▓ Trustee in case there would otherwise be a vacancy in the office of ▓▓▓▓ Trustee; provided, however, that if only a single individual or entity otherwise would be serving as ▓▓▓▓ Trustee of the trust in question, the Trust Protector may, in his discretion, appoint one additional ▓▓▓▓ Trustee, but is not required to do so. In the event the power authorized in this Section 5.15B is exercised, the Trust Protector shall appoint as successor (i) an individual, or (ii) a bank or trust company authorized to engage in trust business in any state, commonwealth or district of the United States, or in any other country, as successor Trustee; provided, however, that any successor ▓▓▓▓ Trustee or Distribution Trustee shall satisfy the applicable requirements of Section 5.14 hereof. In addition, if at any time there are only two individuals serving as ▓▓▓▓ Trustee and in the making of decisions in connection with the trust estate a unanimous decision cannot be reached by the ▓▓▓▓ Trustee, then each unresolved issue shall be referred to the Trust Protector for the Trust Protector to make the decision with respect to the unresolved issue."

Secondly, "Investment Account No. 1" was purchased in 2003. It is not a retirement account nor IRA. The requested information is as follows:

| Date | (b) Amount Code (A-H) | (2) Type (e.g. div. rent or int.) | Value Code (J-P) | Value Method (Q-W) |
|---|---|---|---|---|
| 22 | B | Dividend | K | T |
| 23 | B | Dividend | L | T |
| 24 | B | Dividend | K | T |
| 25 | A | Dividend | J | T |
| 26 | A | Dividend | J | T |
| 27 | A | Dividend | J | T |

Thirdly, as to Riverfront Capital Fund (B) (Limited Partnership), I received a distribution in 2003 in the income code of C. My portion of the 2003 undistributed income was in the income code of D and my portion of the 2003 undistributed interest was in the income code of B.

Fourthly, the "Law Firm Capital" was given to me in 2002 and had a value code of K.

Please write if you need any additional information or you believe any further additions, clarifications, or corrections are needed.

Very truly yours,

Arthur J. Schwab
United States District Judge

| AO-10<br>Rev. 1/2004 | | |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Schwab, Arthur J | 2. Court or Organization<br><br>Western District of Pennsylvan | 3. Date of Report<br><br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. Post Office & Courthouse<br>Room 916<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Part-time Professor (evening course) | Grove City College |
| 2. Trustee (non-compensated) | Grove City College |
| 3. Faculty member (non-compensated) | University of Virginia School of Law - Trial Advocacy Program |
| 4. Trustee Protector (non-compensated) | Deed of Trust No. 1 (sole asset is a life insurance policy) ████████ I are not beneficiaries) (ends on or before 5/30/04) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/13/02 | BIPC Severance Agreement (prior employer) (sum certain payable quarterly in 2003 and 2004) |
| 2. 2003 | BIPC Pension Plan and Profit Sharing Plan (no control) (administered by financial institution) |
| 3. 2003 | Grove City College - Part-time Professor - evening course- intellectual property law (compensation is within the applicable judicial guidelines) |
| 4. 07/11/91 | Single life annuity through a life insurance company through prior employer, Reed Smith LLP, beginning monthly on 01/01/2012. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | BIPC Severance Payments and 2002 year-end bonus paid in 2003 | $180,011.72 |
| 2. | 2003 | Grove City College - teaching | $21,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Grove City College - part-time administrative assistant |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Virginia School of Law | 01/03/03 - 01/06/03, Charlottesville, VA, 22nd Annual Trial Advocacy Institute Program (meals, hotel, mileage, tolls) |
| 2. | PricewaterhouseCoopers LLP | 02/26/03 - 03/02/03, Phoenix, AZ, PricewaterhouseCoopers LLP Leadership Forum - I.P. and Complex Litigation (airfare, hotel, cabs, meals) |
| 3. | Grove City College | 04/03/03 - 04/04/03, West Palm Beach, FL, Board of Trustee and Executive Committee Meetings (airfare, hotel, meals, cabs, parking, mail) |
| 4. | Pennsylvania Bar Association | 04/11/03 - 04/12/03, Nemacolin, PA, Civil Litigation Section Retreat (tolls, hotel, parking, mileage, meals) |
| 5. | Federal Judicial Center | 06/09/03 - 06/14/03, Washington, DC, Phase II Orientation Seminar for Newly Appointed District Judges (tolls, hotel, mileage, meals) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 6. | United States District Court Western District of Pennsylvania | 09/04/03 to 09/06/03, Morgantown, WV, Judicial Retreat - Board of Judges (meals, hotel, mileage) |
| 7. | United States District Court Western District of Pennsylvania | 11/10/03 to 11/11/03, Philadelphia, PA, Third Circuit Judicial Conference (meals, hotel, airfare, cabs) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J | 4/20/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ROLLOVER IRA NO. 1: | E | Dividend | O | T | | | | | |
| 2. -SPDR Trust Unit Ser 1 (S&P 500 Index Fund) | | | | | | | | | |
| 3. -Blackrock Funds Core Bond Total Return Fund | | | | | | | | | |
| 4. -RS Investment Mgmt - Microcap (Small) Growth Fund | | | | | Sale | 01/15 | K | D | |
| 5. -Fidelity Gov't Money Market | | | | | | | | | |
| 6. -Riverfront Capital Fund (A) See VIII | | | | | | | | | |
| 7. -Baron Small Cap Fund | | | | | Buy | 01/15 | K | | |
| 8. ROLLOVER IRA NO. 2: | C | Dividend | M | T | | | | | |
| 9. -SPDR Trust Unit Ser 1 (S&P 500 Index Fund) | | | | | | | | | |
| 10. -Blackrock Funds Core Bond Total Return Fund | | | | | | | | | |
| 11. -Fidelity Gov't Money Mkt | | | | | | | | | |
| 12. RETIREMENT PLAN NO. 1: | D | Dividend | N | T | | | | | |
| 13. -Armada Equity Index Fund (S&P 500 Index Fund) | | | | | | | | | |
| 14. -Oak Associates Aggressive Growth Fund | | | | | | | | | |
| 15. -Putnam Income Fund | | | | | Sale | 04/19 | K | A | |
| 16. -PIMCO Total Return Adm Fund | | | | | Buy | 04/09 | K | | |
| 17. CASH BALANCE PENSION FUND | B | Interest | K | T | Rollover/1 2 | 07/03 | K | A | |
| 18. IRA NO. 3 ▓▓▓▓ - FIDELITY SPARTAN 500 INDEX FUND | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | V = Other | | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J | 4/20/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. USAA UNIVERSAL LIFE INSURANCE POLICY (CASH VALUE) | C | Interest | J | T | Surrendered | 10/03 | M | A | |
| 20. RIVERFRONT CAPITAL FUND (B) See VIII | A | None | K | U | | | | | |
| 21. INVESTMENT ACCOUNT N0. 1 | C | Dividend | M | T | | | | | |
| 22. -Vanguard HighYield Corp. Fund | | | | | Partial Sale | 10/14 | J | A | |
| 23. -Vanguard 500 Index Fund | | | | - | | | | | |
| 24. -Vanguard Intermediate - Term Tax-Exempt Fund | | | | | | | | | |
| 25. -Vanguard Tax-Exempt Money Market | | | | | | | | | |
| 26. -Vanguard Small-Cap Index Fund | | | | | Buy | 10/14 | J | | |
| 27. -Vanguard Mid-Cap Index Fund | | | | | Buy | 10/14 | J | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000        G = $100,001-$1,000,000     H1 = $1.000.001-$5,000.000     H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less          K = $15,001-$50,000          L = $50,001-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000        O = $500.001-$1,000,000      P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000.000
                               P3 = $25,000,001-$50,000,000                              P4 = $More than $50,000.000
3. Value Method Codes          Q = Appraisal                R = Cost (Real Estate Only)  S = Assessment                T = Cash/Market
                                                            V = Other                    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schwab, Arthur J | 4/20/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

PART 2: Parties and Terms re: Grove City College, cntd . . . (started part-time teaching on 01/21/02).

PART 7: Investments and Trusts, cntd . . . (Limited Partnership with investment in CENTRIA). I have no management responsibilities therein -- solely passive investment.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schwab, Arthur J | 4/20/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si█████████████████████████████

Date _May 10, 2004_

N████████████████████████████ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544